No. 1062. FIELDS PRODUCTIONS, INC. *v.* UNITED ART-ISTS CORP. C. A. 2d Cir. Certiorari denied. MR. JUS-TICE BRENNAN and MR. JUSTICE WHITE are of the opinion that certiorari should be granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this peti-tion.

No. 1070. ROY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Motion to dispense with printing petition granted. Cer-tiorari denied.

No. 1089. DUNCAN ET AL. *v.* CRANSTON ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 6359. LEVINE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 6249. POPE *v.* UNITED STATES. C. A. 8th Cir. Motion to defer consideration of petition denied. Cer-tiorari denied. MR. JUSTICE DOUGLAS is of the opinion that the motion should be granted. MR. JUSTICE MAR-SHALL and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion and petition.

No. 776. RODICKER *v.* ILLINOIS CENTRAL RAILROAD Co., 400 U. S. 1012;

No. 813. TIMMONS *v.* SOUTH CAROLINA TRICENTEN-NIAL COMMISSION ET AL., 400 U. S. 986; and

No. 829. ADLER CONSTRUCTION Co. *v.* UNITED STATES, 400 U. S. 993. Petitions for rehearing denied.